https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/34d4cd8b15a750d58eaf04c92c073fc6

## Case Information

## AARAV vs. Palomar Specialty Insurance Company

S-21-5163CV-A

Location
San Patricio County - 36th District Court

Case Category
Civil - Contract

Case Type
Debt/Contract - Consumer/DTPA

Case Filed Date
3/11/2021

Judge
Bauer, Starr Boldrick

Case Status
Open (Filed)

## Parties 2

| Type | Name | Attorneys |
|------|------|-----------|
| Plaintiff | AARAV | SHAUN W. HODGE |
| Defendant | Palomar Specialty Insurance Company | |

## Events 1

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 3/11/2021 | Filing | Request | SERVICE REQUEST SHEET | 📎 AARV SAN PATRICIO COUNTY SERVICE REQUEST SHEET.pdf |

© 2021 Tyler Technologies, Inc. | All Rights Reserved

Version: 2021.3.0.3162


EMPOWERED BY
TYLER TECHNOLOGIES



EXHIBIT
1

(?) Help